STATE v. BURDEN

No. 146 PC.

Case below: 36 N.C. App. 332.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. CARSWELL

No. 148 PC.

No. 53 (Fall Term).

Case below: 36 N.C. App. 377.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 14 July 1978.

STATE v. CHRISP

No. 168 PC.

Case below: 36 N.C. App. 387.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. COLLINS

No. 160 PC.

Case below: 36 N.C. App. 651.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. DONLEY

No. 153 PC.

Case below: 36 N.C. App. 387.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.